**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| CONTRINA WRIGHT,<br><br>   Plaintiff,<br><br>  v.<br><br>BUFFALO WILD WINGS, INC.; JOHN DOE A, in his individual and professional capacities; and JOHN DOES 1-10 whether singular or plural, whether masculine or feminine, whether entities or individuals, whom are not known at this time but will be added by amendment when ascertained,<br><br>   Defendants. | CIVIL ACTION NO.: 4:17-cv-243 |

## O R D E R

The parties have filed a stipulation of dismissal wherein they have agreed to dismiss the above-referenced action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 12.) Accordingly, the Court **DISMISSES with prejudice** all claims asserted in this matter. The Court **DIRECTS** the Clerk of Court to **TERMINATE** all deadlines and motions and to **CLOSE** this case.

**SO ORDERED**, this 4th day of October, 2018.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA